

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

### JUDGMENT IN A CIVIL CASE

JEFFREY P. BECKHAM,

v.

HARDIN COUNTY, ET AL.,            CASE NUMBER:     1:05-2262-T/P

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/4/2005, this case is hereby DISMISSED and CERTIFYING that any Appeal by plaintiff is not taken in good faith and if plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and 1915(b). For analysis under 28 U.S.C. § 1915(g) of future filings, if any by this Plaintiff, this is the FIRST dismissal of one of his cases as frivolous or for failure to state a claim.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                               THOMAS M. GOULD
                               CLERK

___11/9/05___          BY: ___C. Heid___
DATE                        DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___11/9/05___.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02262 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Jeffrey Beckham
350927
P.O. Box 1150 11-A-07
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT